**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-41299 -JPC | | Trustee Name: | Robert B. Katz |
| --- | --- | --- | --- | --- |
| Case Name: | DICKIESON, RICHARD M | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6334  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3388 | | | |
| For Period Ending: | 04/25/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/05/06 | | Buchanan Ingersoll PC<br>DC IOLTA ACCT<br>1700 K Street NW. STE 300<br>Washington, DC 20006 | Settlement | 1249-000 | 38,725.00 | | 38,725.00 |
| 12/12/06 | 000101 | Caldwell Banker Residential Brokerage<br>Attn: Matthew Shrake<br>1959 N. Halsted St.<br>Chicago, IL 60614 | REAL ESTATE BROKERAGE FEES<br>Per  11/28/06 Court Order | 2500-000 | | 600.00 | 38,125.00 |
| 12/29/06 | 20 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 25.27 | | 38,150.27 |
| 01/30/07 | 000102 | Illiniois Department of Revenue<br>P.O Box 19009<br>Springfield, IL 62794-9009 | State Income Tax<br>Estate of Richard M. Dickieson, Bk#05B41299 | 2820-000 | | 1,047.00 | 37,103.27 |
| 01/30/07 | 000103 | Internal Revenue Service<br>Cincinatti, OH 45999-0013 | Estate of Richard M. Dickieson, BK# 05B41299 | 2810-000 | | 3,313.00 | 33,790.27 |
| 01/31/07 | 20 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 32.65 | | 33,822.92 |
| 02/05/07 | 000104 | International Sureties, LTD<br>Suite 500<br>203 Carondelet St.<br>New Orleans, LA 70130 | 016026455 | 2300-000 | | 37.02 | 33,785.90 |
| 02/28/07 | 20 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 26.80 | | 33,812.70 |
| 03/30/07 | 20 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 28.71 | | 33,841.41 |

Page Subtotals    38,838.43    4,997.02

Ver: 12.01a

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-41299 -JPC |
| Case Name: | DICKIESON, RICHARD M |
| Taxpayer ID No: | *******3388 |
| For Period Ending: | 04/25/07 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6334  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 38,838.43 | 4,997.02 | 33,841.41 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 38,838.43 | 4,997.02 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 38,838.43 | 4,997.02 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Money Market Account (Interest Earn - *******6334 | | 38,838.43 | 4,997.02 | 33,841.41 |
| | | | | | 38,838.43 | 4,997.02 | 33,841.41 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                      0.00            0.00

Ver: 12.01a

LFORM24