IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| DICKIESON, RICHARD M | ) | CASE NO. 05-41299-JPC |
| | ) | |
| Debtor(s) | ) | Hon. JACQUELINE P. COX |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

> At:      EVERETT MCKINLEY DIRKSEN UNITED STATES COURTHOUSE
> 219 SOUTH DEARBORN STREET
> COURTROOM 619
> CHICAGO, IL 60604

> On:  **June 12, 2007**                    Time:  **9:30 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.      The Trustee's Final Report shows total:

| | |
|---|---|
| Receipts | $38,809.72 |
| Disbursements | $4,997.02 |
| Net Cash Available for Distribution | $33,812.70 |

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Robert B. Katz<br>Trustee | $0.00 | $4,630.97 | $11.60 |
| DIMONTE & LIZAK, LLC<br>Attorney for Trustee | $0.00 | $19,997.50 | $52.26 |
| ALAN D. LASKO & ASSOCIATES, P.C. | $0.00 | $2,966.65 | $0.00 |

Accountant for Trustee

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6.      In addition to the expenses of administration listed above as may be allowed by the Court, secured claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed secured claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% AddPrioInt

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

8.      Claims of general unsecured creditors totaling $229,358.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.68% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Heartland Payment Systems | $5,961.70 | $159.95 |
| 000002 | American Express Travel Related Ser | $32,798.25 | $879.98 |
| 000003 | American Express Bank FSB | $23,598.20 | $633.15 |
| 000005 | Thomas Allen | $20,000.00 | $536.60 |
| 000006 | Julie Mical | $50,000.00 | $1,341.51 |
| 000007B | HAROLD DICKIESON | $97,000.00 | $2,602.53 |

9.      Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10.     The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11.     Debtor (has or has not) been discharged.

12.    The Trustee proposes to abandon the following property at the hearing:

<u>Name of Property</u>                                                                                <u>Scheduled Value</u>

NONE

Dated:  **<u>May 8, 2007</u>**                                        For the Court,

                                                          By:    **KENNETH S GARDNER**
                                                                   Kenneth S. Gardner
                                                                   Clerk of the U.S. Bankruptcy Court
                                                                   219 S. Dearborn Street; 7th Floor
                                                                   Chicago, IL 60604

Trustee:              Robert B. Katz
Address:              223 West Jackson Boulevard
                          Suite 1010
                          Chicago, IL  60606
Phone No.:          (312) 705-1400

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7              Page 1 of 2              Date Rcvd: May 08, 2007
Case: 05-41299                    Form ID: pdf002         Total Served: 38
```

The following entities were served by first class mail on May 10, 2007.
```
db          Richard M Dickieson,   840 Courtland Avenue,   Park Ridge, IL  60068-4834
aty        +DiMonte & Lizak, LLC,   216 West Higgins Road,   Park Ridge, IL 60068-5706
aty        +Gregory K Stern,   Gregory K. Stern, P.C.,   53 West Jackson Blvd.,   Suite 1442,
             Chicago, IL 60604-3536
aty        +Ira P Goldberg,   DiMonte & Lizak, LLC,   216 Higgins Road,   Park Ridge, IL 60068-5706
tr         +Robert B Katz, ESQ,   The Law Offices Of Robert B Katz,   223 West Jackson Blvd Ste 1010,
             Chicago, IL 60606-6916
cr          American Express Travel Related Services Com,   POB 3001,   Malvern, PA  19355-0701
9915924    +Airlines Reporting Corporation,   4100 North Fairfax Drive,   Suite 600,
             Arlington, VA 22203-1657
9915926    +American Chartered Bank,   4685 Winfield,   Warrenville, IL 60555-3923
9915930    +American Express,   2965 West Corporate Lakes Boulevard,   Weston, FL 33331-3626
9915927     American Express,   P.O. Box 650448,   Dallas, TX 75265-0448
9915928    +American Express,   PO Box 360002,   Fort Lauderdale, FL 33336-0002
9915929    +American Express,   P.O. Box 297871,   Fort Lauderdale, FL 33329-7871
10799741    American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
10795060    American Express Travel Related Services Co Inc,   c/o Becket and Lee LLP,   POB 3001,
             Malvern PA 19355-0701
10799798    American Express Travel Related Svcs Co,   Inc Corp Card,   c/o Becket and Lee LLP,   POB 3001,
             Malvern PA 19355-0701
9915931    +Becket & Lee LLP,   PO Box 3001,   Malvern, PA 19355-0701
9915932    +Buchanan, Ingersoll,   301 Grant Street,   20th Floor,   Pittsburgh, PA 15219-1410
9915933     Capital One Services,   P.O. Box 85015,   Richmond, VA 23285-5015
9915934     Chase Bank One,   P.O. Box 15298,   Wilmington, DE 19850-5298
9915937    +DuTrac Community Credit Union,   3462 Asbury Road,   Dubuque, IA 52002-2803
9915938    +E-470 Public Highway Authority,   22470 East 6th Parkway,   Suite 140,   Aurora, CO 80018-2424
9915939    +First Horizon Credit,   9359 East Nichols Avenue,   Englewood, CO 80112-3448
10901969   +Harold Dickieson,   David H Dickieson,   Buchanan Ingersoll & Rooney P C,   1700 K St., NW #300,
             Washington, DC 20006-3807
9915935    +Harold Dickieson,   43481 Serenity Drive,   Northville, MI 48167-8931
9915936    +Harold and Victoria Dickieson,   43481 Serenity Drive,   Northville, MI 48167-8931
9915940    +Heartland Payment Systems,   1437 Younstown Center,   Jeffersonville, IN 47130
9915942    +Jennifer Lichner,   24311 Eagle Chase Drive,   Plainfield, IL 60544-5572
9915941    +Jonathan S. Feld, Esq.,   Katten Muchin Rosenman LLP,   525 West Monroe Street,   Suite 1900,
             Chicago, IL 60661-3718
9915944    +Julia Mical,   120 Fairfield Drive,   Romeoville, IL 60446-4080
10901297   +Julie Mical,   Holland & Knight, LLP,   c/o Michele Sibley Gonzalez,
             131 S. Dearborn Street, 30th Floor,   Chicago, IL 60603-5517
9915943    +Litton Loan Servicing LP,   4828 Loop Central Drive,   Houston, TX 77081-2166
9915945    +MidAmerica Bank,   2650 Warrenville Road,   Suite 500,   Downers Grove, IL 60515-2074
9915946    +National Railroad Passenger Corporation,   60 Massachusetts Avenue, NE,
             Washington, DC 20002-4285
9915947    +Northwest Community Hospital,   800 West Central Road,   Arlington Heights, IL 60005-2392
9915948     Northwest Sub Anesthesia,   PO Box 88648,   Chicago, IL 60680-1648
9915949    +Silverman Consulting,   5750 Old Orchard Road,   Suite 520,   Skokie, IL 60077-1081
9915950    +Stephen M. Ryan, Esq.,   Manatt Phelps & Phillips, LLP,   700 12th Street, NW,   Suite 1100,
             Washington, DC 20005-4075
9915925    +Thomas Allen,   6133 Rocky Spring Road,   Bloomfield Hills, MI 48301-1347
```

The following entities were served by electronic transmission.
```
NONE.                                                                        TOTAL: 0
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
acc         Alan D Lasko
acc         Alan D. Lasko & Associates P.C.
10786608*   Heartland Payment Systems,   1437 Younstown Center,   Jeffersonville, IN  47130
                                                                        TOTALS: 2, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: amcc7          Page 2 of 2          Date Rcvd: May 08, 2007
Case: 05-41299               Form ID: pdf002       Total Served: 38
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 10, 2007**                **Signature:**