**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 05-41299 - JPC | | | Trustee Name: | Robert B. Katz | |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | DICKJESON RICHARD M | | | Bank Name: | BANK OF AMERICA | |
| Taxpayer ID No: | ******3388 | | | Account Number / CD #: | *******6334 Money Market Account (Interest Earn | |
| For Period Ending: | 09/06/07 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/05/06 | | Buchanan Ingersoll PC<br>DC IOLTA ACCT<br>1700 K Street NW, STE 300<br>Washington, DC 20006 | Settlement | 1249-000 | 38,725.00 | | 38,725.00 |
| 12/12/06 | 000101 | Caldwell Banker Residential Brokerage<br>Attn: Matthew Shrake<br>1959 N. Halsted St.<br>Chicago, IL 60614 | REAL ESTATE BROKERAGE FEES<br>Per 11/28/06 Court Order | 2500-000 | | 600.00 | 38,125.00 |
| 12/29/06 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 25.27 | | 38,150.27 |
| 01/30/07 | 000102 | Illinois Department of Revenue<br>P.O. Box 19009<br>Springfield, IL 62794-9009 | State Income Tax<br>Estate of Richard M. Dickieson, Bk#05B41299 | 2820-000 | | 1,047.00 | 37,103.27 |
| 01/30/07 | 000103 | Internal Revenue Service<br>Cincinatti, OH 45999-0013 | Estate of Richard M. Dickieson, BK# 05B41299 | 2810-000 | | 3,313.00 | 33,790.27 |
| 01/31/07 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 32.65 | | 33,822.92 |
| 02/05/07 | 000104 | International Sureties, LTD<br>Suite 500<br>203 Carondelet St.<br>New Orleans, LA 70130 | 016026455 | 2300-000 | | 37.02 | 33,785.90 |
| 02/28/07 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 26.80 | | 33,812.70 |
| 03/30/07 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 28.71 | | 33,841.41 |
| 04/30/07 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 27.82 | | 33,869.23 |
| 05/31/07 | 20 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 28.77 | | 33,898.00 |
| 06/12/07 | 20 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 10.22 | | 33,908.22 |
| 06/12/07 | | Transfer to Acct #*******1500 | Final Posting Transfer | 9999-000 | | 33,908.22 | 0.00 |

Page Subtotals    38,905.24    38,905.24

EXHIBIT B

LFORM24    Ver: 12.52

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 05-41299 -JPC | | Trustee Name: | Robert B. Katz |
| Case Name: | DICKIESON, RICHARD M | | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | *******3388 | | Account Number / CD #: | *******6334  Money Market Account (Interest Earn |
| For Period Ending: | 09/06/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |

COLUMN TOTALS                              38,905.24     38,905.24
　　Less: Bank Transfers/CD's                    0.00     33,908.22
Subtotal                                   38,905.24      4,997.02
　　Less: Payments to Debtors                                  0.00
Net                                        38,905.24      4,997.02

Page Subtotals    0.00    0.00

LFORM24                                                                    Ver: 12.52

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

| Case No: | 05-41299 -JPC |
|---|---|
| Case Name: | DICKIESON, RICHARD M |
| Taxpayer ID No: | *******3388 |
| For Period Ending: | 09/06/07 |

| Trustee Name: | Robert B Katz |
|---|---|
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******1500 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/12/07 | | Transfer from Acct #*******6334 | Transfer In From MMA Account | 9999-000 | 33,908.22 | | 33,908.22 |
| 06/13/07 | 000101 | ROBERT B. KATZ<br>223 West Jackson Boulevard<br>Suite 1010<br>Chicago, IL 60606 | Chapter 7 Compensation/Fees | 2100-000 | | 4,630.97 | 29,277.25 |
| 06/13/07 | 000102 | ROBERT B. KATZ<br>223 West Jackson Boulevard<br>Suite 1010<br>Chicago, IL 60606 | Chapter 7 Expenses | 2200-000 | | 11.60 | 29,265.65 |
| 06/13/07 | 000103 | DiMonte & Lizak, LLC<br>Ira P. Goldberg<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Fees       19,997.50<br>Expenses       52.26 | 3210-000<br>3220-000 | | 20,049.76 | 9,215.89 |
| 06/13/07 | 000104 | Alan D. Lasko & Associates, P.C.<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | | 3410-000 | | 2,966.65 | 9,215.89<br>9,215.89<br>6,249.24 |
| 06/13/07 | 000105 | Heartland Payment Systems<br>1437 Younstown Center<br>Jeffersonville, IN 47130 | Claim 000001, Payment 2.72473% | 7100-000 | | 162.44 | 6,086.80 |
| 06/13/07 | 000106 | American Express Travel Related Services Co Inc<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000002, Payment 2.72466% | 7100-000 | | 893.64 | 5,193.16 |
| 06/13/07 | 000107 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000003, Payment 2.72466% | 7100-000 | | 642.97 | 4,550.19 |
| | | | | Page Subtotals | 33,908.22 | 29,358.03 | |

LFORM2J   Ver: 12.52

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Case No: 05-41299 -JPC
Case Name: DICKIESON, RICHARD M
Taxpayer ID No: *******3388
For Period Ending: 09/06/07

Trustee Name: Robert B. Katz
Bank Name: BANK OF AMERICA
Account Number / CD #: *******1500 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/13/07 | 000108 | Thomas Allen<br>6133 Rocky Spring Road<br>Bloomfield Hills, MI 48301 | Claim 000005, Payment 2.72465% | 7100-000 | | 544.93 | 4,005.26 |
| 06/13/07 | 000109 | Julie Mical<br>Holland & Knight, LLP<br>c/o Michele Sibley Gonzalez<br>131 S. Dearborn Street, 30th Floor<br>Chicago, IL 60603 | Claim 000006, Payment 2.72466% | 7100-000 | | 1,362.33 | 2,642.93 |
| 06/13/07 | 000110 | Harold Dickieson<br>David H Dickieson<br>Buchanan Ingersoll & Rooney P C<br>1700 K St. NW #300<br>Washington, DC | Claim 000007B, Payment 2.72467% | 7100-000 | | 2,642.93 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 33,908.22 | 33,908.22 | 0.00 |
| Less: Bank Transfers/CD's | | 33,908.22 | 0.00 | |
| Subtotal | | 0.00 | 33,908.22 | |
| Less: Payments to Debtors | | 0.00 | 0.00 | |
| Net | | 0.00 | 33,908.22 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********6334 | 38,905.24 | 4,997.02 | 0.00 |
| Checking Account (Non-Interest Earn - ********1500 | 0.00 | 33,908.22 | 0.00 |
| | 38,905.24 | 38,905.24 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 4,550.19

Ver: 12.52

LFORM2J

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-41299 -JPC
Case Name: DICKIESON, RICHARD M
Taxpayer ID No: *******3388
For Period Ending: 09/06/07

Trustee Name: Robert B. Katz
Bank Name: BANK OF AMERICA
Account Number / CD #: *******1500 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals 0.00 0.00

Ver: 12.52
LFORM24